**The below described is SIGNED.**

Dated: August 16, 2005

_____
WILLIAM T. THURMAN
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| **Garry R. Gentry,** | Bankruptcy Number 04t-25333 |
| Debtors. | Chapter 7 |
| | |
| **CONNIE HOLLINGSHEAD**, Plaintiffs, | Adversary Proceeding No. 04-2676 |
| v. | Judge: William T. Thurman |
| **GARY R. GENTRY**, | |
| Defendants. | |

**AMENDED MEMORANDUM DECISION**

On August 15, 2005 this Court entered a ruling on the record making findings of fact and conclusions of law in the above captioned matter. The Court held that Plaintiff's judgment against Debtor in <u>Hollingshead v. Gentry</u>, No. 010502215 (UT Dist. Ct. 2002) is non-dischargeable under 11 U.S.C. § 523(a)(2)(A) only to the extent the judgment represented compensatory damages. Upon further review of <u>Cohen v. De La Cruz</u>, 523 U.S. 213 (1998) and <u>Barber v. Barber</u>, 326 B.R. 463 (10th Cir. BAP 2005), the Court elects to vacate its prior ruling only as it pertained to Plaintiff's judgment for punitive damages and attorneys fees. The Court

hereby finds and concludes that the full award from State Court judgment, including compensatory damages, punitive damages, and attorneys fees, is non-dischargeable under 11 U.S.C. § 523(a)(2)(A). A separate order will follow.

